UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHAFT JONES, | : | |
| Plaintiff, | : | Civ. No. 18-13943 (RBK) (AMD) |
| v. | : | |
| OFFICER WHITE, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Petitioner, Shaft Jones ("Plaintiff" or "Jones"), is proceeding *pro se* with a civil rights complaint. Defendants have filed a motion to dismiss, or in the alternative a motion for summary judgment (Dkt. No. 34), as well as a motion to seal certain exhibits attached to Defendants' motion. (*See* Dkt. No. 36).

On December 6, 2021, this Court received a letter from Plaintiff requesting A stay of this matter. (*See* ECF 37). Plaintiff notes that he never received a copy of Defendants' motion to dismiss as well as other documents as he was transferred to another federal detention facility.

While this Court will not grant Petitioner's request for a stay, given that this case has been pending for over three years, and in the interest of justice, and so that this case can move forward expeditiously,

IT IS on this 9th day of December, 2021,

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail: (1) Plaintiff's amended complaint (Dkt. No. 9); (2) this Court's March 16, 2020 screening opinion and order (Dkt. Nos. 11 & 12); and (3) this order; and it is further

ORDERED that Defendants shall serve on Plaintiff: (1) a copy of their motion to dismiss or in the alternative for summary judgment along with the corresponding exhibits (Dkt. Nos. 34

& 35); and (2) a copy of Defendants' motion to seal medical records (Dkt. No. 36), within seven (7) days of the date of this order; furthermore, Defendants shall file a certificate of service within seven (7) days of re-serving Plaintiff of these documents with this Court; and it is further

ORDERED that Plaintiff's response, if any, to Defendants' motion to dismiss or in the alternative motion for summary judgment as well as any response, if any, to Defendants' motion to seal, shall be filed within thirty (30) days of the date of this order.

s/ Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge